JFM-04 - 1933   ECF, CLOSED

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:04-cv-01860-KMW
## Internal Use Only

Pingitore v. Allianz Dresdner Asset Management of America L.P. et al
Assigned to: Judge Kimba M. Wood
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 03/08/04
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Lead Plaintiff**
------------------------

**Combined Welfare Fund**   represented by   **Chet Barry Waldman**
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600
Fax : (212)486-2093
Email: cwaldman@wolfpopper.com
*ATTORNEY TO BE NOTICED*

TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

**Plaintiff**
------------------------

| | | |
|---|---|---|
| **James A. Pingitore,** *individually and on behalf of all others similarly situated* | represented by | **Aaron L. Brody**<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>(212) 687-7230<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | | **Joseph H. Weiss**<br>Weiss & Yourman<br>The French Building<br>551 Fifth Avenue<br>New York, NY 10176<br>(212) 682-3025<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | | **Jules Brody**<br>Stull Stull & Brody<br>6 East 45th Street, 5th Floor<br>New York, NY 10017<br>(212) 687-7230<br>Fax : (212) 490-2022<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| | | **Tzivia Brody**<br>6 East 45th Street<br>New York, NY 10017<br>(212) 687-7230<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Aaron Lee Brody**
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017
212-687-7230
Fax : 212-4902022
Email: ssbny@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Allianz Dresdner Asset Management of America L.P.**

**Pimco Advisors Distributors LLC**

**PEA Capital LLC**

*fka*
**Pimco Equity Advisors LLC**

**Pacific Investment Management Company LLC**

**NFJ Investment Group LP**

**RCM Capital Management LLC**

**Pimco Stockplus Fund**

**Pimco Stockplus Total Return Fund**

**Pimco Short-Term Fund**

**Pimco Money Market Fund**

**Pimco Total Return Fund**

**Pimco Long-Term U.S. Government Fund**

**Pimco GNMA Fund**

**Pimco Total Return Mortgage Fund**

**Pimco Diversified Income Fund**

**Pimco High Yield Fund**

**Pimco Global Bond II Fund**

**Pimco Foreign Bond Fund**

**Pimco Emerging Markets Bond Fund**

**Pimco Municipal Bond Fund**

**Pimco California Intermediate Municipal Bond Fund**

**Pimco California Municipal Bond Fund**

**Pimco New York Municipal Bond Fund**

**Pimco Real Return Fund**

**Pimco Commodity Real Return Strategy Fund**

**Pimco All Asset Fund**

**Pimco International Stocksplus TR Strategy Fund**

**Pimco Real Estate Real Return Strategy Fund**

**Pimco Pea Value Fund**

**Pimco Pea Renaissance Fund**

**Pimco Pea Growth and Income Fund**

**Pimco Pea Growth Fund**

**Pimco Pea Target Fund**

**Pimco Pea Opportunity Fund**

**Pimco Pea Innovation Fund**

**Pimco NFJ Large-Cap Value Fund**

**Pimco Dividend Value Fund**

**Pimco NFJ Small-Cap Value Fund**

**Pimco CCM Capital Appreciation Fund**

**Pimco CCM Mid-Cap Fund**

**Pimco RCM Large-Cap Growth Fund**

**Pimco RCM Tax-Managed Growth Fund**

**Pimco RCM Mid-Cap Fund**

**Pimco RCM Global Small-Cap Fund**

**Pimco RCM International Growth Equity Fund**

**Pimco RCM Global Healthcare Fund**

**Pimco RCM Biotechnology Fund**

**Pimco RCM Global Technology Fund**

**Pimco Asset Allocation Fund**

**Pimco NACM Value Fund**

**Pimco NACM Flex-Cap Fund**

**Pimco NACM Growth Fund**

**Pimco NACM International Fund**

**Pimco NACM Pacific Rim Fund**

**Pimco Advisors Fund Management LLC**

Pimco Advisors Funds

Pimco Advisors Holdings LP

Pimco Funds Multi-Manager Series

Pimco Advisors VIT

Pimco California Municipal Income Fund

Pimco California Municipal Income Fund I

Pimco California Municipal Income Fund II

Pimco California Municipal Income Fund III

Pimco Commercial Mortgage Securities Trust Inc.

Pimco Corporate Income Fund

Pimco Corporate Opportunity Fund

Pimco Fixed Income Shares

Pimco Floating Rate Income Fund

Pimco Funds

Pimco Global Relative Value Fund LLC

**Pimco Global Relative Value Offshore Fund I Ltd.**

**Pimco Global Relative Value Offshore Fund II Ltd.**

**Pimco High Income Fund**

**Pimco Municipal Income Fund**

**Pimco Municipal Income Fund II**

**Pimco Municipal Income Fund III**

**Pimco New York Municipal Income Fund**

**Pimco New York Municipal Income Fund II**

**Pimco New York Municipal Income Fund III**

**Pimco NFJ Dividend Income Fund**

**Pimco Private Series Co. LLC**

**Pimco Variable Insurance Trust**

**Pimco Allianz International Advisors LLC**

**Pimco Equity Advisors Advantage Fund LP**

**Pimco Holding LLC**

**Pimco Funds Advisors LLC**

**Pimco Funds Equity Advisors Series**

**Pimco Funds Multi-Manager**

**Nicholas-Applegate Capital Management LLC**

**Oppenheimer Capital LLC**

**Cadence Capital Management LLC**

**Edward J. Stern**

**Canary Capital Partners, LLC**

**Canary Investment Management, LLC**

**Canary Capital Partners, Ltd.**

**Brean Murray, Inc.**

**David Byck**

**John Does,** *1-100*

**Movant**
-----------------------

**PIMCO Fund Lead Plaintiff Movants**

| Filing Date | # | Docket Text |
|---|---|---|
| 03/08/2004 | 1 | CLASS ACTION COMPLAINT against Allianz Dresdner Asset Management of America L.P., Brean Murray, Inc., David Byck, Cadence Capital Management LLC, Canary Capital Partners, LLC, Canary Capital Partners, Ltd., Canary Investment Management, LLC, John Does, NFJ Investment Group LP, Nicholas-Applegate Capital Management LLC, Oppenheimer Capital LLC, PEA Capital LLC, Pacific Investment Management Company LLC, Pimco California Municipal Bond Fund, Pimco Emerging Markets Bond Fund, Pimco Global Relative Value Offshore Fund II Ltd., Pimco Municipal Bond Fund, Pimco Pea Target Fund, Pimco Advisors Distributors LLC, Pimco Advisors Fund Management LLC, Pimco Advisors Funds, Pimco Advisors Holdings LP, Pimco Advisors VIT, Pimco All Asset Fund, Pimco Allianz International Advisors LLC, Pimco Asset Allocation Fund, Pimco CCM Capital Appreciation Fund, Pimco CCM Mid-Cap Fund, Pimco California Intermediate Municipal Bond Fund, Pimco California Municipal Income Fund, Pimco California Municipal Income Fund I, Pimco California Municipal Income Fund II, Pimco California Municipal Income Fund III, Pimco Commercial Mortgage Securities Trust Inc., Pimco Commodity Real Return Strategy Fund, Pimco Corporate Income Fund, Pimco Corporate Opportunity Fund, Pimco Diversified Income Fund, Pimco Dividend Value Fund, Pimco Equity Advisors Advantage Fund LP, Pimco Fixed |

| | | |
|---|---|---|
| | | Income Shares, Pimco Floating Rate Income Fund, Pimco Foreign Bond Fund, Pimco Funds, Pimco Funds Advisors LLC, Pimco Funds Equity Advisors Series, Pimco Funds Multi-Manager, Pimco Funds Multi-Manager Series, Pimco GNMA Fund, Pimco Global Bond II Fund, Pimco Global Relative Value Fund LLC, Pimco Global Relative Value Offshore Fund I Ltd., Pimco High Income Fund, Pimco High Yield Fund, Pimco Holding LLC, Pimco International Stocksplus TR Strategy Fund, Pimco Long-Term U.S. Government Fund, Pimco Money Market Fund, Pimco Municipal Income Fund, Pimco Municipal Income Fund II, Pimco Municipal Income Fund III, Pimco NACM Flex-Cap Fund, Pimco NACM Growth Fund, Pimco NACM International Fund, Pimco NACM Pacific Rim Fund, Pimco NACM Value Fund, Pimco NFJ Dividend Income Fund, Pimco NFJ Large-Cap Value Fund, Pimco NFJ Small-Cap Value Fund, Pimco New York Municipal Bond Fund, Pimco New York Municipal Income Fund, Pimco New York Municipal Income Fund II, Pimco New York Municipal Income Fund III, Pimco Pea Growth Fund, Pimco Pea Growth and Income Fund, Pimco Pea Innovation Fund, Pimco Pea Opportunity Fund, Pimco Pea Renaissance Fund, Pimco Pea Value Fund, Pimco Private Series Co. LLC, Pimco RCM Biotechnology Fund, Pimco RCM Global Healthcare Fund, Pimco RCM Global Small-Cap Fund, Pimco RCM Global Technology Fund, Pimco RCM International Growth Equity Fund, Pimco RCM Large-Cap Growth Fund, Pimco RCM Mid-Cap Fund, Pimco RCM Tax-Managed Growth Fund, Pimco Real Estate Real Return Strategy Fund, Pimco Real Return Fund, Pimco Short-Term Fund, |

| | | |
|---|---|---|
| | | Pimco Stockplus Fund, Pimco Stockplus Total Return Fund, Pimco Total Return Fund, Pimco Total Return Mortgage Fund, Pimco Variable Insurance Trust, RCM Capital Management LLC, Edward J. Stern. (Filing Fee $ 150.00, Receipt Number 501711)Document filed by James A. Pingitore.(jjm, ) Additional attachment(s) added on 3/9/2004 (jjm, ). (Entered: 03/09/2004) |
| 03/08/2004 | ● | Magistrate Judge Kevin N. Fox is so designated. (jjm, ) (Entered: 03/09/2004) |
| 03/08/2004 | ● | SUMMONS ISSUED as to Allianz Dresdner Asset Management of America L.P., Brean Murray, Inc., David Byck, Cadence Capital Management LLC, Canary Capital Partners, LLC, Canary Capital Partners, Ltd., Canary Investment Management, LLC, John Does, NFJ Investment Group LP, Nicholas-Applegate Capital Management LLC, Oppenheimer Capital LLC, PEA Capital LLC, Pacific Investment Management Company LLC, Pimco California Municipal Bond Fund, Pimco Emerging Markets Bond Fund, Pimco Global Relative Value Offshore Fund II Ltd., Pimco Municipal Bond Fund, Pimco Pea Target Fund, Pimco Advisors Distributors LLC, Pimco Advisors Fund Management LLC, Pimco Advisors Funds, Pimco Advisors Holdings LP, Pimco Advisors VIT, Pimco All Asset Fund, Pimco Allianz International Advisors LLC, Pimco Asset Allocation Fund, Pimco CCM Capital Appreciation Fund, Pimco CCM Mid-Cap Fund, Pimco California Intermediate Municipal Bond Fund, Pimco California Municipal Income Fund, Pimco California Municipal Income Fund I, Pimco California Municipal Income Fund II, |

|  |  | Pimco California Municipal Income Fund III, Pimco Commercial Mortgage Securities Trust Inc., Pimco Commodity Real Return Strategy Fund, Pimco Corporate Income Fund, Pimco Corporate Opportunity Fund, Pimco Diversified Income Fund, Pimco Dividend Value Fund, Pimco Equity Advisors Advantage Fund LP, Pimco Fixed Income Shares, Pimco Floating Rate Income Fund, Pimco Foreign Bond Fund, Pimco Funds, Pimco Funds Advisors LLC, Pimco Funds Equity Advisors Series, Pimco Funds Multi-Manager, Pimco Funds Multi-Manager Series, Pimco GNMA Fund, Pimco Global Bond II Fund, Pimco Global Relative Value Fund LLC, Pimco Global Relative Value Offshore Fund I Ltd., Pimco High Income Fund, Pimco High Yield Fund, Pimco Holding LLC, Pimco International Stocksplus TR Strategy Fund, Pimco Long-Term U.S. Government Fund, Pimco Money Market Fund, Pimco Municipal Income Fund, Pimco Municipal Income Fund II, Pimco Municipal Income Fund III, Pimco NACM Flex-Cap Fund, Pimco NACM Growth Fund, Pimco NACM International Fund, Pimco NACM Pacific Rim Fund, Pimco NACM Value Fund, Pimco NFJ Dividend Income Fund, Pimco NFJ Large-Cap Value Fund, Pimco NFJ Small-Cap Value Fund, Pimco New York Municipal Bond Fund, Pimco New York Municipal Income Fund, Pimco New York Municipal Income Fund II, Pimco New York Municipal Income Fund III, Pimco Pea Growth Fund, Pimco Pea Growth and Income Fund, Pimco Pea Innovation Fund, Pimco Pea Opportunity Fund, Pimco Pea Renaissance Fund, Pimco Pea Value Fund, Pimco Private Series Co. LLC, Pimco RCM Biotechnology Fund, Pimco RCM Global Healthcare Fund, |

| | | |
|---|---|---|
| | | Pimco RCM Global Small-Cap Fund, Pimco RCM Global Technology Fund, Pimco RCM International Growth Equity Fund, Pimco RCM Large-Cap Growth Fund, Pimco RCM Mid-Cap Fund, Pimco RCM Tax-Managed Growth Fund, Pimco Real Estate Real Return Strategy Fund, Pimco Real Return Fund, Pimco Short-Term Fund, Pimco Stockplus Fund, Pimco Stockplus Total Return Fund, Pimco Total Return Fund, Pimco Total Return Mortgage Fund, Pimco Variable Insurance Trust, RCM Capital Management LLC, Edward J. Stern. (jjm, ) (Entered: 03/09/2004) |
| 03/08/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by James A. Pingitore.(jjm, ) Additional attachment(s) added on 3/9/2004 (jjm, ). (Entered: 03/09/2004) |
| 03/08/2004 | | Case Designated ECF. (jjm, ) (Entered: 03/09/2004) |
| 04/20/2004 | 3 | FIRST MOTION to Appoint Combined Welfare Fund to serve as lead plaintiff(s) *and Approve Selection of Lead Counsel*. Document filed by Combined Welfare Fund. Return Date set for 4/20/2004 01:00 PM in Court Room 18-D, 500 Pearl Street, New York, NY 10007 before Judge Kimba M. Wood. (Attachments: # 1 Motion of the Combined Welfare Fund for Appointment of Lead Plaintiff and Approval of Lead Counsel# 2 Memorandum in Support of the Motion of the Combined Welfare Fund for Appointment of Lead Plaintiff and Approval of Lead Counsel# 3 Declaration in Support of the Motion of the Combined Welfare Fund for Appointment of Lead Plaintiff and Approval of Lead Counsel# 4 [Proposed] Order Appointing the Combined |

| | | |
|---|---|---|
| | | Welfare Fund as Lead Plaintiff and Approving its Choice of Lead Counsel# 5 Certificate of Service)(Waldman, Chet) (Entered: 04/20/2004) |
| 04/20/2004 | 4 | FIRST MOTION to Appoint Combined Welfare Fund to serve as lead plaintiff(s) *and Approve the Selection of Lead Counsel*. Document filed by Combined Welfare Fund. (Attachments: # 1 Notice of Motion of the Combined Welfare Fund for Appointment of Lead Plaintiff and Approval of Lead Counsel# 2 Memorandum of Law in Support of the Motion of the Combined Welfare Fund for Appointment of Lead Plaintiff and Approval of Lead Counsel# 3 Declaration in Support of the Motion of the Combined Welfare Fund for Appointment of Lead Plaintiff and Approval of Lead Counsel# 4 Proposed Order Approving Selection of Lead Plaintiff and Appointment of Lead Counsel# 5 Certificate of Service)(Waldman, Chet) (Entered: 04/20/2004) |
| 04/20/2004 | 5 | MOTION to Appoint Raymond L. Dinius, James E. Haun, Helen Jane Pond Family Trust, Randall C. Heyward, Helen W. Horst, Linda Leven, James A. Pingatore, Diana J. Runyon and Charles P. and Rita Safranek to serve as lead plaintiff(s). Document filed by James A. Pingitore. (Brody, Aaron) (Entered: 04/20/2004) |
| 04/20/2004 | 6 | MOTION to Appoint Raymond L. Dinius, James E. Haun, Helen Jane Pond Family Trust, Randall C. Heyward, Helen W. Horst, Linda Leven, James A. Pingatore, Diana J. Runyon and Charles P. and Rita R. Safranek to serve as lead plaintiff(s) *Memorandum of Law in Support of*. Document filed by James A. Pingitore. (Brody, Aaron) (Entered: 04/20/2004) |

| 04/20/2004 | 7 | MOTION to Appoint Raymond L. Dinius, James E. Haun, Helen Jane Pond Family Trust, Randall C. Heyward, Helen W. Horst, Linda Leven, James A. Pingatore, Diana J. Runyon and Charles P. and Rita R. Safranek to serve as lead plaintiff(s) *[Proposed] Order Granting Motion.* Document filed by James A. Pingitore. (Brody, Aaron) (Entered: 04/20/2004) |
|---|---|---|
| 04/20/2004 | 8 | MOTION to Appoint Raymond L. Dinius, James E. Haun, Helen Jane Pond Family Trust, Randall C. Heyward, Helen W. Horst, Linda Leven, James A. Pingatore, Diana J. Runyon and Charles P. and Rita R. Safranek to serve as lead plaintiff(s) *Declaration of Aaron Brody in Support of Motion.* Document filed by James A. Pingitore. (Brody, Aaron) (Entered: 04/20/2004) |
| 04/20/2004 | 9 | NOTICE of Filing. Document filed by James A. Pingitore. (Lee, Sharon) (Entered: 04/20/2004) |
| 04/20/2004 | 10 | NOTICE of filing. Document filed by PIMCO Fund Lead Plaintiff Movants. (Lee, Sharon) (Entered: 04/20/2004) |
| 04/20/2004 |  | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) two notice of filing by S. Schulman, were rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (snu) (Entered: 04/21/2004) |
| 04/23/2004 | 11 | NOTICE of Corrected Filing. Document filed by PIMCO Fund Lead Plaintiff Movants. (Lee, Sharon) (Entered: 04/23/2004) |

| | | |
|---|---|---|
| 05/03/2004 | 12 | MOTION to Stay *Lead Plaintiff Briefing*. Document filed by Combined Welfare Fund. (Attachments: # 1 Stipulation and Proposed Order# 2 Certificate of Service)(Waldman, Chet) (Entered: 05/03/2004) |
| 06/25/2004 | 13 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring a certifed copy of the docket sheet (only) from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Maryland. (Signed by Judge MDL Panel on 6/18/04) (gf, ) (Entered: 06/28/2004) |
| 06/25/2004 |  | MDL TRANSFER OUT: Mailed a certifed copy if the docket sheet to the United States District Court - District of Maryland. Mailed via Federal Express AIRBILL # 8408 3967 4635 on 6/28/04. (gf, ) (Entered: 06/28/2004) |
| 06/28/2004 |  | Mailed letter to the United States District Court - District of Maryland acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (gf, ) (Entered: 06/28/2004) |